No. 6314.—Royal Bank of Canada, apldo., *v.* Bravo, aplte.—C. D. Mayagüez. ▮▮▮▮▮▮▮ Mayo 9, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, en 18 de agosto de 1922 se registró sentencia en rebeldía en la Corte de Distrito de Mayagüez contra Luis Bravo y contra Pedro Miguel Nieva condenándolos en términos generales a pagar determinada cantidad de dinero al Royal Bank of Canada, cuya sentencia quedó firme:

Por cuanto, en 1932 se interpuso demanda contra Luis Bravo para hacer efectiva dicha sentencia, alegándose en ella no haber sido pagada y que Pedro Miguel Nieva fué declarado en quiebra después de aquella sentencia y exonerado de sus deudas:

Por cuanto, el demandado Bravo excepcionó la última demanda por no aducir hechos determinantes de causa de acción y por defecto de partes demandadas por no incluirse en ella a Pedro Miguel Nieva; y habiendo sido desestimadas sus excepciones previas fué registrada su rebeldía y sentencia contra él por toda la cantidad de la anterior sentencia y sus intereses posteriores:

Por cuanto, interpuesta apelación por Bravo contra esa sentencia se solicita su desestimación por el banco apelado por ser frívola, y a ella se ha opuesto el apelante por el fundamento de que debió ser demandado también Pedro Miguel Nieva y que si por la quiebra ha sido exonerado de sus deudas, el demandante sólo tiene derecho a recobrar la mitad de la deuda declarada por la primera sentencia:

Por cuanto, ese motivo de oposición a la desestimación es insostenible y la apelación resulta frívola porque una sentencia en términos generales contra dos demandados es solidaria y puede expedirse orden de ejecución contra cualquiera de ellos; *Diego Agüeros & Cía* v. *Navarrete,* 36 D.P.R. 875; 34 C. J., pág. 505, párrafo 799:

Por cuanto, ha vencido, además, la prórroga de treinta días que

fué concedida al apelante para radicar su alegato de apelación sin que lo haya presentado ni solicitado nueva prórroga para ello:

Por TANTO, debemos desestimar y desestimamos esta apelación, interpuesta el 23 de febrero de 1933.